IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN T.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civ. No. 3:22-cv-00209-AA

JUDGMENT

AIKEN, Judge:

The Commissioner's decision is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 29th day of SEPTEMBER, 2023.

/s/Ann Aiken
Ann Aiken
United States District Judge

1 –JUDGMENT